IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANTHONY A. SCOTT,**

      **Petitioner,**

                                                  Case No. 2:15-cv-02638
  v.                                           Judge Marbley
                                                  Magistrate Judge King

**WARDEN, NOBLE
CORRECTIONAL INSTITUTION,**

      **Respondent.**

## ORDER

Petitioner, a state prisoner, brings this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 29, 2016, the United States Magistrate Judge recommended that Respondent's *Motion to Dismiss without Prejudice for Failure to Exhaust* (ECF No. 7) be granted, that Petitioner's *Motion to Stay* (ECF No. 9) be denied**,** and that this action be dismissed without prejudice as unexhausted. *Report and Recommendation* (ECF No. 11). Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* (ECF No. 11) is **ADOPTED AND AFFIRMED**. Respondent's *Motion to Dismiss without Prejudice for Failure to Exhaust* (ECF No. 7) is **GRANTED** and Petitioner's *Motion to Stay* (ECF No. 9) is **DENIED.** This action is **DISMISSED** without prejudice as unexhausted.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.


DATED:  April 5, 2016                                              s/Algenon L. Marbley
                                                                  Algenon L. Marbley
                                                          United States District Judge